IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DICKIE POLLARD, individually and
on behalf of all others similarly situated**            **PLAINTIFF**

v.            Case No. 4:18-cv-00907 KGB

**HANK'S FURNITURE, INC. and
HANK BROWNE**            **DEFENDANTS**

## ORDER

Before the Court is the parties' stipulation of dismissal with prejudice (Dkt. No. 21). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice.

It is so ordered this 10th day of January, 2020.

_____
Kristine G. Baker
United States District Judge